**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter   13 |
| Rhonda Lancaster | : | |
| Debtor(s) | : | Bankruptcy No. 16-17477 sr |

**ORDER**

AND NOW, it is ORDERED that since the Debtor has failed to timely file all the documents required by the Order dated *10/25/2016*, this case is hereby DISMISSED.

Date: November 22, 2016

_____
Stephen Raslavich
*United States Bankruptcy Judge*

*Missing Documents:*

Certificate of Credit Counseling        *(due 11/07/2016)*
Statement of Financial Affairs
Schedules A/B, C, D, E/F, G, H, I, J
Summary of Assets and Liabilities Form B106Sum
Chapter 13 Statement of Current Monthly Income Form 122C-1
Means Test Calculation Form 122C-2
Chapter 13 Plan